Malcolm Segal (SBN 075481)
John T. Kinn (SBN 130270)
**SEGAL & ASSOCIATES, PC**
400 Capitol Mall, Suite 2550
Sacramento, CA  95814
Telephone: (916) 441-0886
Facsimile: (916) 475-1231
msegal@segal-pc.com
jkinn@segal-pc.com

Attorneys for Defendant
KEVIN M. JOHNSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVERNMENT APP SOLUTIONS, INC., | Case No: 2:21-CV-00696-TLN-KJN |
| Plaintiff, | **JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FEDERAL BUREAU OF INVESTIGATION, ET AL., | |
| Defendants. | |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSELOF RECORD:**

Plaintiff Government App Solutions, Inc. and Defendant Kevin M. Johnson, by and through their respective counsel of record, stipulate as follows:

WHEREAS, on April 18, 2021, Plaintiff filed the underlying Complaint;

WHEREAS, on April 19, 2021, a Summons was issued by the Clerk of the Court;

1  WHEREAS, the parties have met and conferred and agreed to extend Defendant Kevin M. Johnson's time to respond to the Complaint to September 13, 2021.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendant Kevin M. Johnson that the deadline by which Defendant Kevin M. Johnson must respond to the Complaint shall be extended up to and including September 13, 2021.

IT IS SO STIPULATED.

Dated: July 16, 2021                **Segal & Associates, PC**

By: /s/ Malcolm Segal
Malcolm Segal
Attorneys for Defendant
KEVIN M. JOHNSON

Dated: July 16, 2021                **Cyrus Zal, A Professional Corporation**

By: /s/ Cyrus Zal
Cyrus Zal
Attorneys for Plaintiff
GOVERNMENT APP SOLUTIONS, INC.

-2-

Joint Stipulation & Order Extending Time to Respond to Complaint

**ORDER**

GOOD CAUSE APPEARING, and pursuant to stipulation of the parties, IT IS HEREBY ORDERED THAT the Defendant Kevin M. Johnson is granted until September 13, 2021, to file his response to Plaintiff's Complaint.

DATED: July 16, 2021

_____
Troy L. Nunley
United States District Judge

Joint Stipulation & Order Extending Time to Respond to Complaint