PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Defendants Rebekah Bills,
Rachel LaChapelle, Michael Anderson,
Amy S. Hitchcock, and the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVERNMENT APP SOLUTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | CASE NO. 2:21-CV-00696-TLN-KJN<br><br>JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT FOR FEDERAL DEFENDANTS |

Plaintiff Government App Solutions, Inc. and defendants Rebekah Bills, Rachel LaChapelle, Michael Anderson, Amy S. Hitchcock, and the United States of America, sued herein as the Federal Bureau of Investigation and the United States Attorney's Office for the Eastern District of California, jointly stipulate as follows:

Whereas, plaintiff initiated this action on April 18, 2021 (ECF 1);

Whereas, plaintiff filed a First Amended Complaint on April 29, 2021 (ECF 6);

Whereas, defendants Rebekah Bills, Rachel LaChapelle, Michael Anderson, and Amy S. Hitchcock are current or former employees of the United States or one of its agencies, who have been sued herein in connection with duties performed on the United States' behalf;

Whereas, the United States Attorney's Office for the Eastern District of California was served with a summons in this case on June 4, 2021;

Whereas, under Federal Rule of Civil Procedure 12(a)(3), a response to the complaint from defendants Bills, LaChapelle, Anderson, and Hitchcock is due within 60 days after service of the complaint on the United States Attorney's Office or 60 days after service on the individual defendants, whichever is later; and under Federal Rule of Civil Procedure 12(a)(2), a response to the complaint from defendant the United States is due within 60 days after service of the complaint on the United States Attorney's Office;

Whereas the undersigned counsel for the United States also is representing defendants Bills, LaChapelle, Anderson, and Hitchcock;

Whereas, counsel for plaintiff and counsel for defendants the United States, Bills, LaChapelle, Anderson, and Hitchcock have met and conferred and agreed to establish a single response date for these defendants;

Therefore, it is hereby stipulated by and among plaintiff Government App Solutions, Inc., and defendants Rebekah Bills, Rachel LaChapelle, Michael Anderson, Amy S. Hitchcock, and the United States of America, named in the complaint as the Federal Bureau of Investigation and the United States Attorney's Office for the Eastern District of California, that the deadline by which these defendants must respond to the First Amended Complaint shall be extended to and including September 13, 2021.

Dated:  July 19, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By:  */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for defendants Rebekah Bills, Rachel LaChapelle, Michael Anderson, Amy S. Hitchcock, and the United States

Dated:  July 19, 2021

CYRUS ZAL, A PROFESSIONAL CORPORATION

By:  */s/  Cyrus Zal*
CYRUS ZAL

Attorney for plaintiff Government App Solutions, Inc.

**ORDER**

Good cause appearing, the stipulation of plaintiff Government App Solutions, Inc., and defendants Rebekah Bills, Rachel LaChapelle, Michael Anderson, Amy S. Hitchcock, and the United States of America, sued herein as the Federal Bureau of Investigation and the United States Attorney's Office for the Eastern District of California, is hereby APPROVED. Defendants Bills, LaChapelle, Anderson, Hitchcock, and the United States shall file a response to the First Amended Complaint on or before September 13, 2021.

IT IS SO ORDERED.

DATED: July 20, 2021

_____
Troy L. Nunley
United States District Judge