Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
SARAH M. WOOLSTON (SBN 320510)
3638 American River Drive
Sacramento, California 95864
Telephone:      (916) 978-3434
Facsimile:      (916) 978-3430
mjaime@mathenysears.com

Attorneys for Defendants, CITY OF NEW HAVEN,
TONI HARP, DARYL JONES, and ANDREA
SCOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVERNMENT APP SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL BUREAU OF INVESTIGATION, THE UNITED STATES ATTORNEY'S OFFICE FOR THE EASTERN DISTRICT OF CA, MICHAEL ANDERSON, AMY S. HITCHCOCK, REBEKAH BILLS, RACHEL LACHAPELLE, CITY OF NEW HAVEN, KEVIN JOHNSON, NICOLE WEST, TONI HARP, DARYL JONES, ANDREA SCOTT, MICHAEL TUBBS, DANIEL LOPEZ, ERIC GARCETTI, GREGORY J. STANTON, CASEY LUND, and DOES 1 to 999, inclusive, <br><br> Defendants. | Case No. 2:21-cv-00696-TLN-KJN <br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT FOR DEFENDANTS CITY OF NEW HAVEN, TONI HARP, DARYL JONES, and ANDREA SCOTT** <br><br><br> Complaint filed: 4/18/21 <br> Trial date: Not set |

Plaintiff GOVERNMENT APP SOLUTIONS, INC. and Defendants CITY OF NEW HAVEN, TONI HARP, DARYL JONES, and ANDREA SCOTT sued herein jointly stipulate as follows:

Whereas, Plaintiff initiated this action on April 18, 2021;

Whereas, Plaintiff filed a First Amended Complaint on April 29, 2021;

1

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

Whereas, Defendants TONI HARP, DARYL JONES, and ANDREA SCOTT are current or former employees of the CITY OF NEW HAVEN, who have been sued herein in connection with duties performed on the CITY OF NEW HAVEN's behalf;

Whereas, ANDREA SCOTT was served in this case on July 1, 2021;

Whereas, TONI HARP was served in this case on July 3, 2021;

Whereas, DARYL JONES was served in this case on July 7, 2021;

Whereas, CITY OF NEW HAVEN issued a waiver on June 25, 2021 for a response to be due August 24, 2021;

Whereas, under Federal Rule of Civil Procedure 12(a), HARP, JONES, SCOTT, and the CITY OF NEW HAVEN must serve an Answer within 21 days after being served with the summons and complaint;

Whereas, counsel for Plaintiff and counsel for HARP, JONES, SCOTT, and the CITY OF NEW HAVEN met and conferred and agreed to establish a single response date for these Defendants;

Therefore, it is hereby stipulated by and among Plaintiff GOVERNMENT APP SOLUTIONS, INC. and Defendants CITY OF NEW HAVEN, TONI HARP, DARYL JONES, and ANDREA SCOTT that the deadline by which these Defendants must respond to the First Amended Complaint shall be extended to and including **September 13, 2021**.

Dated:  July 22, 2021                                    **CYRUS ZAL, APC**


By:_____/s/ Cyrus Zal_____
                CYRUS ZAL
                Attorney for Plaintiff,
                Government App. Solutions, Inc.

1

Dated:  July 22, 2021                           **MATHENY SEARS LINKERT & JAIME LLP**

2

3                                              By: /s/ Matthew C. Jaime

4                                                  MATTHEW C. JAIME,
                                                  Attorneys for Defendants,
5                                                  CITY OF NEW HAVEN, TONI HARP,
                                                  DARYL JONES, and ANDREA SCOTT

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**MATHENY SEARS LINKERT & JAIME LLP**
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

3

*STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT FOR Defendants CITY OF
NEW HAVEN, TONI HARP, DARYL JONES, and ANDREA SCOTT*

**ORDER**

Good cause appearing, the Stipulation between Plaintiff GOVERNMENT APP SOLUTIONS, INC. and CITY OF NEW HAVEN, TONI HARP, DARYL JONES, and ANDREA SCOTT is hereby APPROVED. Defendants CITY OF NEW HAVEN, TONI HARP, DARYL JONES, and ANDREA SCOTT shall file a response to the First Amended Complaint on or before September 13, 2021.

IT IS SO ORDERED.

Dated: July 22, 2021

Troy L. Nunley
United States District Judge

*STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT FOR Defendants CITY OF NEW HAVEN, TONI HARP, DARYL JONES, and ANDREA SCOTT*