

# United States District Court
# Eastern District of California

| Government App Solutions, Inc. | Case Number: | 2:21cv00696-TLN-KJN |

Plaintiff(s)

V.

| The Federal Bureau of Investigation, et al. |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, James N. Tallberg hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Toni Harp

On 11/21/1996 (date), I was admitted to practice and presently in good standing in the State of Connecticut Superior Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 7/27/2021            Signature of Applicant: /s/ James N. Tallberg

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | James N. Tallberg |
| Law Firm Name: | Karsten & Tallberg, LLC |
| Address: | 500 Enterprise Drive, Suite 4B |
| City: | Rocky Hill   State: CT   Zip: 06067 |
| Phone Number w/Area Code: | (860) 233-5600 |
| City and State of Residence: | Rocky Hill, CT |
| Primary E-mail Address: | jtallberg@kt-lawfirm.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Matthew C. Jaime |
| Law Firm Name: | Matheny Sears Linkert Jamie LLP |
| Address: | 3638 American River Drive |
| City: | Sacramento   State: CT   Zip: 95864-5901 |
| Phone Number w/Area Code: | (916) 978-3434   Bar #: |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 07/30/21

_____
JUDGE, U.S. DISTRICT COURT

# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti**, Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,

Do hereby certify, that, in the Supreme Court at **Hartford** on the **21st** day of **November, 1996**

**James N. Tallberg**

of

**Rocky Hill, Connecticut**

having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.

In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day **July 22, 2021**



*Carl D. Cicchetti*
Chief Clerk