Mildred K. O'Linn (State Bar No. 159055)
  mko@manningllp.com
Scott Wm. Davenport (State Bar No. 159432)
  swd@manningllp.com
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant,
GREGORY J. STANTON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GOVERNMENT APP SOLUTIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>Defendants. | Case No. 2:21-CV-00696-TLN-KJN<br><br>[*Hon. Troy L. Nunley, D. Judge*]<br><br>**JOINT STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Government App Solutions, and Defendant Gregory J. Stanton, by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS on April 29, 2021, plaintiff filed a First Amended Complaint in this action:

WHEREAS Defendant Gregory J. Stanton's responsive pleading is currently due on August 13, 2021;

/ / /

1 WHEREAS the parties have met and conferred and agreed to extend Defendant Gregory J. Stanton's time to respond to the Complaint to September 13, 2021.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and among Plaintiff and Defendant Gregory J. Stanton that the deadline by which Defendant Gregory J. Stanton must respond to the Complaint shall be extended up to and including September 13, 2021.

IT IS SO STIPULATED.

DATED:  August 5, 2021  **MANNING & KASS ELLROD, RAMIREZ, TRESTER LLP**

By:  /s/ *Scott Wm. Davenport*
Scott Wm. Davenport
Attorneys for Defendant,
GREGORY J. STANTON

DATED:  August 5, 2021  **CYRUS ZAL, A PROFESSIONAL CORPORATION**

By:  /s/ *Cyrus Zal*
Scott Wm. Davenport
Attorneys for Plaintiff,
GOVERNMENT APP SOLUTIONS, INC.

## **ORDER**

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED THAT Defendant Gregory J. Stanton is granted until September 13, 2021, to file his response to Plaintiff's Complaint.

DATED:  August 6, 2021

_____
Troy L. Nunley
United States District Judge