PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVERNMENT APP SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, et al., <br><br> Defendants. | CASE NO. 2:21-CV-00696-TLN-KJN <br><br> STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO COMPLAINT <br><br> JUDGE:   Hon. Troy L. Nunley |

      Plaintiff Government App Solutions, Inc., and defendants the United States of America, sued herein as the Federal Bureau of Investigation and the United States Attorney's Office for the Eastern District of California; Michael Anderson; Amy S. Hitchcock; Rebekah Bills; and Rachael LaChapelle (together, the "Federal Defendants") jointly stipulate and respectfully request that the Court continue the deadline for the Federal Defendants to respond to the First Amended Complaint ("FAC") (ECF 6) by one week, to September 20, 2021.  Good cause for the requested extension exists for the following reasons.

      The deadline for the Federal Defendants to respond to the complaint currently is September 13, 2021.  *See* ECF 21 at 3.  Counsel for plaintiff and counsel for the Federal Defendants have been meeting and conferring with the goal of narrowing the issues that must be resolved by the Court through a motion to dismiss the claims against the Federal Defendants.  As part of the meet and confer process, counsel for plaintiff requires one additional week to conduct legal research.  Accordingly, the parties

jointly stipulate and request that the Court extend the deadline for the Federal Defendants to respond to the FAC by one week, to September 20, 2021, so the parties may conclude the meet and confer process.

Respectfully submitted,

Dated: September 8, 2021    PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ Philip A. Scarborough
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for defendants the United States, Rebekah Bills, Rachel LaChapelle, Michael Anderson, and Amy S. Hitchcock

Dated: September 8, 2021    CYRUS ZAL, A PROFESSIONAL CORPORATION

By: /s/ Cyrus Zal
CYRUS ZAL

Attorney for plaintiff Government App Solutions, Inc.

## ORDER

Good cause appearing, the stipulation of plaintiff Government App Solutions, Inc., and defendants Rebekah Bills, Rachael LaChapelle, Michael Anderson, Amy S. Hitchcock, and the United States, sued herein as the Federal Bureau of Investigation and the United States Attorney's Office for the Eastern District of California (together, the "Federal Defendants"), is hereby APPROVED. The deadline for the Federal Defendants to respond to the First Amended Complaint (ECF 6) is continued to September 20, 2021.

IT IS SO ORDERED.

Dated: September 9, 2021

Troy L. Nunley
United States District Judge