

United States District Court
Eastern District of California

| Government App Solutions, Inc. | Case Number: | 2:21cv00696-TLN-KJN |

Plaintiff(s)

V.

The Federal Bureau of Investigation, et al.

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Roderick Williams** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

**City of New Haven**

On **12/29/2006** (date), I was admitted to practice and presently in good standing in the **State of Connecticut** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **09/09/2021**        Signature of Applicant: /s/ **Roderick Williams**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Roderick Williams |
| Law Firm Name: | City of New Haven |
| Address: | 165 Church Street |
| City: | New Haven   State: CT   Zip: 06510 |
| Phone Number w/Area Code: | (203) 946-7951 |
| City and State of Residence: | North Haven, CT |
| Primary E-mail Address: | rwilliam@newhavenct.gov |
| Secondary E-mail Address: | phil_crowe@hotmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jennifer E. Duggan |
| Law Firm Name: | Duggan McHugh Law Corporation |
| Address: | 641 Fulton Avenue, Suite 100 |
| City: | Sacramento   State: CA   Zip: 95825-4869 |
| Phone Number w/Area Code: | 916-550-5309   Bar # 183833 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 9/13/2021

_____
JUDGE, U.S. DISTRICT COURT

**ATTACHMENT TO APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER –
RODERICK WILLIAMS**

In addition to the State of Connecticut, I was also admitted to practice in the State of California on 12/3/2002, but am currently inactive.

I was also admitted to practice in the United States District Court, District of Connecticut on or around 9/2/2008.

I was also admitted to practice in the United States Court of Appeals for the Second Circuit on or around February 2010.

# State of Connecticut
# Supreme Court

I, **Carl D. Cicchetti**, *Chief Clerk of the Supreme Court of the State of Connecticut and keeper of the Seal thereof,*

*Do hereby certify, that, in the* **Superior** *Court at* **Hartford** *on the* **29th** *day of* **December, 2006**

**Roderick Ryan Williams**

of

**North Haven, Connecticut**

*having been examined and found duly qualified, was sworn as an attorney and admitted to practice before all courts of this state, and that said attorney is a member of in good standing of the Bar of this State pursuant to Practice Book §2-65.*

*In Testimony Whereof, I have hereunto set my hand and affix the Seal of the Supreme Court of the State of Connecticut, at Hartford, this day* **July 22, 2021**



Carl D. Cicchetti
Chief Clerk

## **CERTIFICATE OF SERVICE**

I, Melanie Jagla, hereby certify that the foregoing document was filed with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on September 10, 2021.

Melanie A. Jagla  
Declarant

By:  /s/ Melanie A. Jagla  
Signature

CERTIFICATE OF SERVICE  1.