PHILLIP A. TALBERT
Acting United States Attorney
PHILIP A. SCARBOROUGH (SBN 254934)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Philip.Scarborough@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOVERNMENT APP SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION, et al., <br><br> Defendants. | CASE NO. 2:21-CV-00696-TLN-KJN <br><br> **STIPULATION AND JOINT REQUEST TO CONTINUE BRIEFING SCHEDULE; ORDER** <br><br> JUDGE:     Hon. Troy L. Nunley |

    Plaintiff Government App Solutions, Inc. ("GAS") and defendants Michael Anderson, Rebekah Bills, Rachel LaChapelle, and the United States (together, the "Federal Defendants") jointly stipulate and request that the Court continue the briefing schedule on the Federal Defendants' motions to dismiss (ECF 69 and ECF 70). Good cause for the request exists for the following reasons.

    On September 17, 2021, the United States filed a motion to substitute as the tort defendant in the place of Rebekah Bills with respect to Counts IX and X of the First Amended Complaint ("FAC") and to dismiss those tort claims for lack of subject matter jurisdiction under the Federal Tort Claims Act ("FTCA"). *See* ECF 69.[1] On the same date, Michael Anderson, Rachel LaChapelle, and Rebekah Bills filed a motion to dismiss the constitutional claim against them (Count V of the FAC). *See* ECF 70.

---

[1] All other tort claims involving any of the Federal Defendants were previously dismissed without prejudice by stipulation. *See* ECF 68.

Plaintiff's oppositions to these two motions (ECF 69 and ECF 70) currently are due on October 14, 2021.

GAS and the Federal Defendants are meeting and conferring about possible resolution of the issues raised in the pending motions to dismiss, which may narrow the issues that must be resolved by the Court. The parties require additional time to complete their discussions. Accordingly, the parties stipulate and jointly request that the Court continue the briefing schedule on the Federal Defendants' pending motions to dismiss (ECF 69 and ECF 70) as follows:

Plaintiff's oppositions to the motions to dismiss (ECF 69 and ECF 70):   October 28, 2021

Federal Defendants replies in support of the motions to dismiss:   November 4, 2021

A proposed order is included with this document.

Respectfully submitted,

Dated: October 14, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ Philip A. Scarborough*
PHILIP A. SCARBOROUGH
Assistant United States Attorney

Attorneys for defendants the United States, Rebekah Bills, Rachel LaChapelle, and Michael Anderson

Dated: October 14, 2021

CYRUS ZAL, A PROFESSIONAL CORPORATION

By:   */s/ Cyrus Zal*
CYRUS ZAL

Attorney for plaintiff Government App Solutions, Inc.

## ORDER

Good cause appearing, the stipulation of plaintiff Government App Solutions, Inc., and defendants Michael Anderson, Rebekah Bills, Rachel LaChapelle, and the United States is **APPROVED**. The briefing scheduling on the Federal Defendants' pending motions (ECF 69 and ECF 70) is **CONTINUED** as follows:

Plaintiff's oppositions to ECF 69 and ECF 70 shall be filed no later than **October 28, 2021**.

The United States' reply in support of its motion (ECF 69) shall be filed no later than **November 4, 2021**.

The reply in support of the motion to dismiss filed by Anderson, Bills, and LaChapelle (ECF 70) shall be filed no later than **November 4, 2021**.

IT IS SO ORDERED.

**Dated**: October 14, 2021

Troy L. Nunley
United States District Judge